# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Roxanne Hareid, | Court File No. |
| Plaintiff, | 0:22-cv-00215-ECT-JFD |
| v. | |
| The Prudential Insurance Company of America, | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

PLEASE TAKE NOTICE, Plaintiff, Roxanne Hareid, and Defendant, The Prudential Insurance Company of America (jointly the "parties"), by and through the undersigned counsel, file this Joint Notice of Settlement in this case and request for stay of all pending deadlines for sixty (60) days. The parties inform the Court that this case has been settled and that they intend on filing their Joint Stipulation of Dismissal with Prejudice with the Court on a timely basis.

84771386v.1

2

**Dated:  July 5, 2022**

By: */s/ Brenna Karrer (with permission)*

Brenna Karrer
FIELDS LAW FIRM
9999 Wayzata Blvd
Minnetonka, MN 55305
Office: 612-370-1511
brenna@Fieldslaw.com


*Counsel for Plaintiff*
*Roxanne Hareid*

**Dated:  July 5, 2022**

By:  */s/ Matthew A. Clabots*

Samuel Schwartz-Fenwick (admitted *pro hac vice)*
Matthew A. Clabots (admitted *pro hac vice*)
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
312-460-5000
Fax: 312-460-7000
Email: sschwartz-fenwick@seyfarth.com
Email: mclabots@seyfarth.com

Barbara P Berens
Berens & Miller, PA
80 S 8th St Ste 3720
Minneapolis, MN 55402
612-349-6171
Email: bberens@berensmiller.com

*Counsel for Defendant The Prudential*
*Insurance Company of America*

2