UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Roxanne Hareid, | File No. 22-cv-215 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| The Prudential Insurance Company of America, | |
| Defendant. | |

---

Pursuant to the Joint Stipulation of Dismissal with Prejudice [ECF No. 22] entered into by the parties, **IT IS ORDERED** that this action is **DISMISSED** with prejudice and without costs, disbursements, or attorneys' fees to either party.

Dated:  July 5, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court